UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ARBORWELL, LLC, a California limited liability company; Ci QUERCUS CORPORATION, INC., a Delaware Corporation,

Plaintiff(s),

v.

ALERUS FINANCIAL, N.A.,

Defendant(s).

Case No. 4:23-CV-02770

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

I, Ross P. McSweeney, an active member in good standing of the bar of the District of Columbia, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Defendant, Alerus Financial in the above-entitled action. My local co-counsel in this case is Horace W. Green, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 115699.

| | |
|---|---|
| Groom Law Group, Chartered<br>1701 Pennsylvania Ave. NW, Washington, DC 20006<br>MY ADDRESS OF RECORD | Brothers Smith LLP<br>2033 N. Main Street, Suite 720 Walnut Creek, CA 94596<br>LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| 202-861-6625<br>MY TELEPHONE # OF RECORD | 925-944-9700<br>LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| rmcsweeney@groom.com<br>MY EMAIL ADDRESS OF RECORD | hgreen@brotherssmithlaw.com<br>LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 1018648.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 8/3/2023

Ross P. McSweeney
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Ross P. McSweeney is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:   8/9/2023

Haywood S. Gill, Jr.
UNITED STATES DISTRICT JUDGE

 

# United States District & Bankruptcy Courts
# for the District of Columbia

CLERK'S OFFICE
333 Constitution Avenue, NW
Room 1225
Washington, DC 20001

I, **ANGELA D. CAESAR,** Clerk of the United States District Court for the District of Columbia, do hereby certify that:

### ROSS P. MCSWEENEY

was, on the 11th day of September A.D. 2017 admitted to practice as an Attorney at Law at the Bar of this Court, and is, according to the records of this Court, a member of said Bar in good standing.

In Testimony Whereof, I hereunto subscribe my name and affix the seal of said Court in the City of Washington this 7th day of June A.D. 2023.



**ANGELA D. CAESAR,** Clerk of Courts

By: *Burnetta Jenkins*
**Deputy Clerk**