UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ARBORWELL, LLC, a California limited liability company; CI QUERCUS CORPORATION, INC., a Delaware corporation,

Plaintiff(s),

v.

ALERUS FINANCIAL, N.A.; ANDREW G. LAVELLE, an individual; NEIL WOOLNER, an individual; ALVIN F. SORTWELL and ANNE B. SORTWELL as Co-Trustees of the A&A SORTWELL FAMILY TRUST; and DOES 1 through 10, inclusive,

Defendant(s).

Case No. 4:23-cv-02770-HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

I, Lee T. Polk, an active member in good standing of the bar of Illinois, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: defendants, Alvin F. and Anne B. Sortwell in the above-entitled action. My local co-counsel in this case is Stephen P. Wilkes, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 268637.

| 150 S. Wacker Dr., Suite 2400 Chicago, IL  6060 | 315 Montgomery St., Ste. 900 San Francisco, CA  94104 |
|---|---|
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| (312) 925-6070 | (415) 625-0002 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
|  | SWilkes@wagnerlawgroup.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 2225204.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court  0  times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: Aug. 10, 2023

Lee T. Polk
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Lee T. Polk is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 8/11/2023

*Haywood S. Gilliam Jr.*
UNITED STATES DISTRICT JUDGE



ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION
of the
SUPREME COURT OF ILLINOIS

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, Illinois 60601-6219
(312) 565-2600  (800) 826-8625
Fax (312) 565-2320

3161 West White Oaks Drive, Suite 301
Springfield, IL 62704
(217) 546-3523  (800) 252-8048
Fax (217) 546-3785

Lee Thomas Polk
The Wagner Law Group
412 Park Place
Wilmette, IL 60091-2550

Chicago
Monday, August 07, 2023

In re:   Lee Thomas Polk
Attorney No. 2225204

To Whom It May Concern:

We have received a request for written verification of the status of Lee Thomas Polk in connection with the attorney's application, motion or petition for permission to appear *pro hac vice* in an isolated case in another jurisdiction.

The records of the Attorney Registration and Disciplinary Commission of the Supreme Court of Illinois reflect that Lee Thomas Polk was admitted to practice law in Illinois on 11/16/1970.  Lee Thomas Polk is currently eligible to practice law in Illinois; is not the subject of any pending public disciplinary proceeding in this state; and is not under any current disciplinary sanction in Illinois.

Very truly yours,
Jerome Larkin
Administrator

By:_//s//:*Lisa Medina*

Lisa Medina
Deputy Registrar

LM