1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| ARBORWELL, LLC, a California limited liability company; CI QUERCUS CORPORATION, INC., a Delaware corporation, and SAVATREE, LLC, a Delaware limited liability company,<br><br>    Plaintiff,<br><br>    v.<br><br>ALERUS FINANCIAL, N.A., ANDREW G. LAVELLE, an individual; NEIL WOOLNER, an individual; MATT DICKINSON, an individual; KRIS YAMAGUCHI, an individual; DOUG HAGGE, an individual; ARBOR MD TREE CARE INC., a California corporation; ALVIN F. SORTWELL and ANNE B. SORTWELL as Co-Trustees of the A&A SORTWELL FAMILY TRUST; and DOES 1 through 10, inclusive,<br><br>    Defendants.<br><br>    and<br><br>ARBORWELL, INC. EMPLOYEE STOCK OWNERSHIP PLAN,<br><br>    Nominal Defendant. | Case No.: 4:23-cv-02770-HSG<br><br>**ORDER GRANTING STIPULATED REQUEST EXTENDING TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT AND SETTING BRIEFING SCHEDULE** |

PURSUANT TO STIPULATION, IT IS ORDERED that

1. The time for Defendants to respond to Plaintiffs' First Amended Complaint is extended to October 11, 2023.
2. Consolidated hearing on all Defendants upcoming motion to dismiss is set for December 14, 2023.
3. Briefing schedule on the Defendants motions to dismiss is as follows: motions to dismiss due by 10/11/2023, responses due by 11/8/2023, and replies due by 11/29/2023.
4. The case management conference is rescheduled in-person to December 14, 2023 at 2:00 p.m.

Dated:   9/7/2023

*Haywood S. Gilliam Jr.*

**Hon. Haywood S. Gilliam, Jr.**
United States District Court Judge